UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESLIE EDWIN "LES" MILES,**<br><br>                                   Plaintiff,<br><br>- against -<br><br>**LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE a/k/a LOUISIANA STATE UNIVERSITY, BOARD OF SUPERVISORS OF LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, the NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, and the NATIONAL FOOTBALL FOUNDATION AND HALL OF FAME INC.,**<br><br>                                   Defendants. | Index No. 24 Civ. 00493<br><br>DISTRICT JUDGE BRIAN A. JACKSON<br><br>MAGISTRATE JUDGE SCOTT D. JOHNSON<br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>** |

WHEREAS, Plaintiff has filed this day in the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana a Petition seeking substantially the same relief sought herein; and

WHEREAS, Defendants Louisiana State University and Agricultural and Mechanical College, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and National Collegiate Athletic Association have filed neither an Answer to the Complaint herein nor a Motion for Summary Judgment;

PLEASE TAKE NOTICE that Plaintiff, pursuant to Fed R. Civ. P. 41(a)(1)(A)(i), hereby dismisses without prejudice his claims against Defendants Louisiana State University and Agricultural and Mechanical College, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and National Collegiate Athletic Association.

Dated:   New York, New York
         September 6, 2024

                         MOSKOWITZ COLSON GINSBERG
                         & SCHULMAN, LLP

                         By: /s/ Peter R. Ginsberg
                         Peter R. Ginsberg

                         80 Broad St, 19th Floor
                         New York, New York 10004
                         Telephone: (212) 257-6455
                         Email: pginsberg@mcgsllp.com

                         MANSFIELD, MELANCON, CRANMER,
                         & DICK, LLC

                         By: /s/ Kelley R. Dick, Jr.
                         Kelley R. Dick, Jr. (#36434)

                         404 Europe Street
                         Baton Rouge, Louisiana 70802
                         Telephone: (225) 385-7894
                         Facsimile: (225) 385-7806
                         Email: kelley@mmcdlaw.com

                         *Attorneys for Plaintiff*