UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LESLIE EDWIN MILES                          CIVIL ACTION

VERSUS

LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND MECHANICAL
COLLEGE, ET AL.                            NO. 24-00493-BAJ-SDJ

## JUDGMENT

Considering the **Notice Of Voluntary Dismissal Without Prejudice (Doc. 43)**, which the Court construes as a self-effectuating notice of dismissal of Plaintiff's claims against Defendants Louisiana State University and Agricultural and Mechanical College, Board of Supervisors of Louisiana State University and Agricultural and Mechanical College, and National Collegiate Athletic Association, *only*, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against such Defendants be and are hereby **DISMISSED WITHOUT PREJUDICE**. Plaintiff's additional claims remain pending.

Baton Rouge, Louisiana, this 9th day of September, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA