UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLIE EDWIN MILES | CIVIL ACTION |
| VERSUS | |
| LOUISIANA STATE UNIVERSITY AND AGRICULTURAL AND MECHANICAL COLLEGE, ET AL. | NO. 24-00493-BAJ-SDJ |

## JUDGMENT

For good cause shown, (*see* Doc. 44-1),

**IT IS ORDERED** that Plaintiff's unopposed **Motion To Dismiss Without Prejudice (Doc. 44)**, which seeks to dismiss this lawsuit without prejudice, be and is hereby **GRANTED**, pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 30th day of September, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA